UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
GEORGE KARAPATAKIS,
DIMITRIOS KARAPATAKIS,
and AIKATERINI SACHINIDOU,                                  Case No.: 20-CV-4573 (PK)
on behalf of themselves, individually, and on behalf
of all others similarly-situated,


                                    Plaintiffs,
          -against-                                        **STIPULATION OF VOLUNTARY**
                                                           **DISMISSAL WITH PREJUDICE**

THE BEE FACTORY LLC d/b/a Biskoti Bakery Cafe
and ATHANASIOS STAGIAS,


                                    Defendants.
--------------------------------------------------------------------X

        **IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their

respective counsel that the above-captioned action, and all claims asserted therein, is hereby voluntarily

dismissed in its entirety, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).


For the Plaintiffs:                                For the Defendants:


By: _/s/Nils C. Shillito_____             By: _/s/Clifford Tucker_____
    Nils C. Shillito                                   Clifford Tucker
    Stephen D. Hans & Associates, P.C.                 Sacco & Fillas, LLP
    30-30 Northern Boulevard, Suite 401                31-19 Newtown Avenue, 7th Floor
    Long Island City, NY 11101                         Astoria, NY 11102
    Telephone: (718) 275-6700                          Telephone: (718) 269-2243

    Dated: October 4, 2021                         Dated: October 4, 2021


SO ORDERED

*Peggy Kuo*
_____
United States Magistrate Judge